Date: 09/04/09   DIVIDENDS REMITTED TO THE COURT   R#148979  Page: 1

Case Number 08-15791 - KERR, BOBBI J

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| St. John West Shore Hospital<br>P.O. Box 951204<br>Cleveland, OH 44193-0011 | 000007 | 11.03 | Ch # 109 | 1.43 |
| Premium Asset<br>Recovery Corp<br>Po Box 1810<br>Warren Mi 48090<br>(11-1) 01073011061 | 000011 | 26.66 | Ch # 113 | 3.45 |
| Premium Asset<br>Recovery Corp<br>Po Box 1810<br>Warren Mi 48090<br>(12-1) 01073011062 | 000012 | 33.96 | Ch # 114 | 4.39 |
| Premium Asset<br>Recovery Corp<br>Po Box 1810<br>Warren Mi 48090<br>(15-1) 01073011065 | 000015 | 25.00 | Ch # 117 | 3.23 |
| ---------- Remittance Total ---------- | | 96.65 | | 12.50 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

09 SEP -8 AM 9:29  FILED  CLEVELAND  DISTRICT OF OHIO  BANKRUPTCY COURT

COURT1                                                                                   Printed: 09/04/09 02:26 PM  Ver: 15.00a
08-15791-pmc    Doc 28    FILED 09/08/09    ENTERED 09/08/09 11:29:15    Page 1 of 1